UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 99-30015-MAP

GARY A. BENNETT
    **Plaintiff**

v.

CITY OF HOLYOKE,
    **Defendant**

**DOCKETED**

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S VERIFIED MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

Now comes the Plaintiff, Gary A. Bennett, and hereby opposes the Defendant's Verified Motion to Extend Time to File Notice of Appeal and respectfully requests that this Honorable Court deny the Defendant's Motion and award the undersigned counsel the costs of opposing this Motion pursuant to the Motion for Attorney's Fees filed simultaneously herewith.

The basis for this opposition is more fully described in the Memorandum of Law filed simultaneously herewith.

WHEREFORE, the Plaintiff, Gary A. Bennett, hereby opposes the Defendant's Verified Motion to Extend Time to File Notice of Appeal and respectfully requests that the Defendant's Motion be denied and that counsel for the Plaintiff be awarded the costs of opposing this Motion.

227

The Plaintiff, Gary A. Bennett
By His Attorney,

_Tani E. Sapirstein_
Tani E. Sapirstein, Esq.
BBO #236850
SAPIRSTEIN & SAPIRSTEIN, P.C.
1341 Main Street, 3rd Floor
Springfield, MA 01103
Tel: (413) 827-7500
Fax: (413) 827-7797

Date: April 10, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served upon the following, via first class mail, postage prepaid:

John H. Fitz-Gibbon, Esq.
GREEN, MILES, LIPTON, WHITE & FITZ-GIBBON
P.O. Box 210
Northampton, MA 01061-0210

_Tani E. Sa_
Tani E. Sapirstein, Esq.

Date:   April 10, 2003

K:\WP61\CASEFILE\Bennett\Opposition to Motion to Extend time appeal.wpd